KEVIN C. ALLEN, ESQUIRE                     ATTORNEY FOR PLAINTIFF
CRYSTLE, ALLEN & BRAUGHT, LLC
143 NORTH DUKE STREET
LANCASTER, PA 17602
ATTORNEY I.D. NO.: 55232
PHONE: 717- 393-0600
FACSIMILE 717-396-1028

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

KATHY KEIFER,                               :
ADMINISTRATRTIX OF THE                      :
ESTATE OF ZACHARY KEIFER                    :
          Plaintiff                         :
                                            :
                                            :   No.:
     v.                                     :
                                            :JURY TRIAL DEMANDED
LANCASTER COUNTY, et. al.                   :

**CERTIFICATE OF MERIT AS TO DEFENDANT PRIMECARE MEDICAL, INC.**

I, Kevin C. Allen, Esquire, certify that:

__X__ an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

OR
_____ the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in brining about the harm;

OR
_____ expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim.

DATE: 12/23/2016                            BY: _____
                                                Kevin C. Allen, Esquire
                                                Attorney for Plaintiff