Exhibit G

**Maldonado, John**

| | |
|---|---|
| **From:** | CorEMR_Server@coremr.com |
| **Sent:** | Monday, December 22, 2014 5:55 PM |
| **To:** | PrisonDOJ |
| **Subject:** | [PCDATA_Lancaster] DOJ Notice for Zachary Tyler Keifer |

There has been a recent update on a DOJ Form. You are on the list of recipients who should receive DOJ notifications.

   REGARDING: ZACHARY TYLER KEIFER

   Inmate #: 14-3537 - Current location: class

TO: All Staff
FROM: MEDICAL DEPARTMENT
RE: MEDICAL RESTRICTIONS

The above list patient was evaluated by the medical staff and needs the following restrictions

======RESTRICTION PERIOD======
Restrict From:: 12/22/2014
Restrict To:: ufn
Until Cleared By: Psychologist/Psychiatrist

======RESTRICTIONS======
15 Minute Suicide Watch: Initiate
Stripped Cell: Initiate
Finger Food: Initiate
Other - Please specify: Initiate (SS II) Patient may be celled/housed with other patients/inmates?: Yes (no notes)
Notes: begin suicide status on SS II

COPY: Treatment; Shift Commander (1); Central Control (2); File

Medical Department Note: Maintain this notice on the active list until restriction period ends. File the medical copy in the patient medical records.

   Regards,
   CorEMR Automated Sender

Forward for Review
Sgt Maldonado JSH
12-27-14

## Maldonado, John

| | |
|---|---|
| **From:** | CorEMR_Server@coremr.com |
| **Sent:** | Tuesday, December 23, 2014 3:57 AM |
| **To:** | PrisonDOJ |
| **Subject:** | [PCDATA_Lancaster] DOJ Notice for Zachary Tyler Keifer |

There has been a recent update on a DOJ Form. You are on the list of recipients who should receive DOJ notifications.

REGARDING: ZACHARY TYLER KEIFER

Inmate #: 14-3537 - Current location: MHU :

TO: All Staff
FROM: MEDICAL DEPARTMENT
RE: MEDICAL RESTRICTIONS

The above list patient was evaluated by the medical staff and needs the following restrictions

======RESTRICTION PERIOD======
Restrict From:: 12/23/2014
Restrict To:: ufn
Until Cleared By: Doctor/Physican Assistant

======RESTRICTIONS======
30 Minute Detox Watch: Initiate
Gym Restriction: Initiate
Yard Restriction: Initiate
Work Restriction: Initiate
Low Bunk: Initiate
Low Tier: Initiate
Patient may be celled/housed with other patients/inmates?: Yes (no notes)
Notes: DETOX WITH LOW TIER

COPY: Treatment; Shift Commander (1); Central Control (2); File

Medical Department Note: Maintain this notice on the active list until restriction period ends. File the medical copy in the patient medical records.

Regards,
CorEMR Automated Sender

Forward for Record
Sgt Mnisoven J.V
12-27-14

## Maldonado, John

**From:** CorEMR_Server@coremr.com
**Sent:** Wednesday, December 24, 2014 9:08 AM
**To:** PrisonDOJ
**Subject:** [PCDATA_Lancaster] DOJ Notice for Zachary Tyler Keifer

There has been a recent update on a DOJ Form. You are on the list of recipients who should receive DOJ notifications.

    REGARDING: ZACHARY TYLER KEIFER

    Inmate #: 14-3537 - Current location: MHU :

TO: All Staff
FROM: MEDICAL DEPARTMENT
RE: MEDICAL RESTRICTIONS

The above list patient was evaluated by the medical staff and needs the following restrictions

======RESTRICTION PERIOD======
Restrict From:: 12/24/2014
Restrict To:: ufn
Until Cleared By: Psychologist/Psychiatrist

======RESTRICTIONS======
15 Minute Suicide Watch: Discontinue
Stripped Cell: Discontinue
Finger Food: Discontinue
Other - Please specify: Discontinue (SS II) Patient may be celled/housed with other patients/inmates?: Yes (no notes)
Notes: begin PO III

COPY: Treatment; Shift Commander (1); Central Control (2); File

Medical Department Note: Maintain this notice on the active list until restriction period ends. File the medical copy in the patient medical records.

    Regards,
    CorEMR Automated Sender

*forward for Record*
*Sub Maintained JW*
*12-27-14*

## Maldonado, John

| | |
|---|---|
| **From:** | CorEMR_Server@coremr.com |
| **Sent:** | Saturday, December 27, 2014 9:13 AM |
| **To:** | PrisonDOJ |
| **Subject:** | [PCDATA_Lancaster] DOJ Notice for Zachary Tyler Keifer |

There has been a recent update on a DOJ Form. You are on the list of recipients who should receive DOJ notifications.

    REGARDING: ZACHARY TYLER KEIFER

    Inmate #: 14-3537 - Current location: MHU : 1041

TO: All Staff
FROM: MEDICAL DEPARTMENT
RE: MEDICAL RESTRICTIONS

The above list patient was evaluated by the medical staff and needs the following restrictions

======RESTRICTION PERIOD======
Restrict From:: 12/27/2014
Restrict To:: ufn
Until Cleared By: Psychologist/Psychiatrist

======RESTRICTIONS======
Other - Please specify: Discontinue (PO III) Patient may be celled/housed with other patients/inmates?: Yes (no notes)
Notes: clear for gen pop

COPY: Treatment; Shift Commander (1); Central Control (2); File

Medical Department Note: Maintain this notice on the active list until restriction period ends. File the medical copy in the patient medical records.

    Regards,
    CorEMR Automated Sender

*[handwritten notes:]*
from psy Reed
sgt mainvnor, Bill
12-27-14