Exhibit I

## Barley, Robert

**From:** Haws, Anthony
**Sent:** Monday, December 29, 2014 2:17 PM
**To:** Barley, Robert
**Subject:** FW: Keifer, Zachary 14-5595

Fyi...see the below string of emails generated by Probst.

-----Original Message-----
From: LNCP : Director of Nursing [mailto:lncpdon@primecaremedical.com]
Sent: Tuesday, December 23, 2014 2:41 PM
To: Probst, Clintin; Fluegel, Christina; Aberts, William; Ambrose, Brenda; Bonnie Bair; Barley, Robert; Barone, Jodi; Clary, Mary; Coleman, Samuel; Curtis, Jason; Dickson, Nicole; Farmer, Linda; Garcia, Ashley M; Paula Haigh; Haines, Ann; Haws, Anthony; Hersh, Michael; Johnson, Stacy; Kipe, Anthony; Klinovski, Edward; Leemon, Jean; Leese, Jason; Lefever, Benjamin; Maldonado, John; McDonald, Eric E; Stephenie Meyer; Moyer, Tammy; Pena, Juan; Diane Poole; Repsch, Walter E; Ritter, Gregory; Rivera, Juan M; Sable, Arelis; Shiffer, Joe; Showalter, Scott; Smeal, Paul K; Sotomayor, Norbert; Steberger, Cheryl; Torres Jr, Pedro; Trudel, Thomas; Weidinger, Michael; John Wickizer; Wilhelm, Alexis L; Wolfe, Robert; Jen Wynn
Subject: RE: Keifer, Zachary 14-5595

Sorry SS2

Tanya R Young RN BSN

Director of Nursing

Prime Care Medical, Inc

Lancaster County Prison

(717) 295-2080 Office

(717) 295-2057 Fax

From: Probst, Clintin [CProbst@co.lancaster.pa.us]
Sent: Tuesday, December 23, 2014 2:27 PM
To: LNCP : Director of Nursing; Fluegel, Christina; Aberts, William; Ambrose, Brenda; Bonnie Bair; Barley, Robert; Barone, Jodi; Clary, Mary; Coleman, Samuel; Curtis, Jason; Dickson, Nicole; Farmer, Linda; Garcia, Ashley M; Paula Haigh, LSW; Haines, Ann; Haws, Anthony; Hersh, Michael; Johnson, Stacy; Kipe, Anthony; Klinovski, Edward; Leemon, Jean; Leese, Jason; Lefever, Benjamin; Maldonado, John; McDonald, Eric E; LNCP Health Services Admin; Moyer, Tammy; Pena, Juan; LNCP : Mental Health 4; Repsch, Walter E; Ritter, Gregory; Rivera, Juan M; Sable, Arelis; Shiffer, Joe; Showalter, Scott; Smeal, Paul K; Sotomayor, Norbert; Steberger, Cheryl; Torres Jr, Pedro; Trudel, Thomas; Weidinger, Michael; John Wickizer; Wilhelm, Alexis L; Wolfe, Robert; Jen Wynn
Subject: RE: Keifer, Zachary 14-5595

According to our last DOJ regarding suicide status, he is on SS2. Does he need downgraded to suicide level one? See attached regarding Zachary Keifer.

Counselor Clintin S. Probst
Lancaster County Prison
717-295-2031

NOTICE: This communication, including any attachment, contains information which may be confidential or privileged, and is intended solely for the individual, or individuals, to whom it is addressed. If you are not the intended recipient, please notify the sender at once and delete this message. You are hereby further notified that any disclosure, copying, or distribution of confidential or privileged material in this message without the express written approval of the Lancaster County Prison is strictly prohibited.

-----Original Message-----
From: LNCP : Director of Nursing [mailto:lncpdon@primecaremedical.com]
Sent: Tuesday, December 23, 2014 10:56 AM
To: Fluegel, Christina; Aberts, William; Ambrose, Brenda; Bonnie Bair; Barley, Robert; Barone, Jodi; Clary, Mary; Coleman, Samuel; Curtis, Jason; Dickson, Nicole; Farmer, Linda; Garcia, Ashley M; Paula Haigh; Haines, Ann; Haws, Anthony; Hersh, Michael; Johnson, Stacy; Kipe, Anthony; Klinovski, Edward; Leemon, Jean; Leese, Jason; Lefever, Benjamin; Maldonado, John; McDonald, Eric E; Stephenie Meyer; Moyer, Tammy; Pena, Juan; Diane Poole; Probst, Clintin; Repsch, Walter E; Ritter, Gregory; Rivera, Juan M; Sable, Arelis; Shiffer, Joe; Showalter, Scott; Smeal, Paul K; Sotomayor, Norbert; Steberger, Cheryl; Torres Jr, Pedro; Trudel, Thomas; Weidinger, Michael; John Wickizer; Wilhelm, Alexis L; Wolfe, Robert; Jen Wynn
Subject: RE: Keifer, Zachary 14-5595

He is on detox protocol and SS1- Thank you


Tanya R Young RN BSN

Director of Nursing

Prime Care Medical, Inc

Lancaster County Prison

(717) 295-2080 Office

(717) 295-2057 Fax

---

From: Fluegel, Christina [CFluegel@co.lancaster.pa.us]
Sent: Tuesday, December 23, 2014 10:52 AM
To: Aberts, William; Ambrose, Brenda; Bonnie Bair; Barley, Robert; Barone, Jodi; Clary, Mary; Coleman, Samuel; Curtis, Jason; Dickson, Nicole; Farmer, Linda; Fluegel, Christina; Garcia, Ashley M; Paula Haigh, LSW; Haines, Ann; Haws, Anthony; Hersh, Michael; Johnson, Stacy; Kipe, Anthony; Klinovski, Edward; Leemon, Jean; Leese, Jason; Lefever, Benjamin; Maldonado, John; McDonald, Eric E; LNCP Health Services Admin; Moyer, Tammy; Pena, Juan; LNCP : Mental Health 4; Probst, Clintin; Repsch, Walter E; Ritter, Gregory; Rivera, Juan M; Sable, Arelis; Shiffer, Joe; Showalter, Scott; Smeal, Paul K; Sotomayor, Norbert; Steberger, Cheryl; LNCP : Director of Nursing; Torres Jr, Pedro; Trudel, Thomas; Weidinger, Michael; John Wickizer; Wilhelm, Alexis L; Wolfe, Robert; Jen Wynn
Subject: Keifer, Zachary 14-5595

Just as an FYI - I know that this inmate is housed in MHU, MDJ Stoltzfus called me and informed me this morning that when he was in court yesterday he was coming down off of heroin and was making statements of self-harm as well as that he would like the police to shoot and kill him.

Christina Fluegel
Chief Records Officer
Lancaster County Prison
625 E. King St. Lancaster PA 17602
(717) 299-7802

"NOTICE: This communication, including any attachment, contains information which may be confidential or privileged, and is intended solely for the individual, or individuals, to whom it is addressed. If you are not the intended recipient, please notify the sender at once and delete this message. You are hereby further notified that any disclosure, copying, or distribution of confidential or privileged material in this message without the express written approval of the Lancaster County Prison is strictly prohibited."


This communication, along with any and all attachments, contains PRIVILEGED and CONFIDENTIAL INFORMATION intended only for the use of the recipient named above. The information may be protected by state and federal laws, including, without limitation, the provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), which prohibit unauthorized disclosure. If you are not the intended recipient, you are hereby notified that any use or dissemination of this information is strictly prohibited. If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient or you believe that you have received this communication in error, please notify the sender immediately by return e-mail. The email should also be promptly deleted. Any review, retransmission, dissemination or duplication of this e-mail and/or attachments, will be considered unauthorized use and is prohibited.
This communication, along with any and all attachments, contains PRIVILEGED and CONFIDENTIAL INFORMATION intended only for the use of the recipient named above. The information may be protected by state and federal laws, including, without limitation, the provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), which prohibit unauthorized disclosure. If you are not the intended recipient, you are hereby notified that any use or dissemination of this information is strictly prohibited. If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient or you believe that you have received this communication in error, please notify the sender immediately by return e-mail. The email should also be promptly deleted. Any review, retransmission, dissemination or duplication of this e-mail and/or attachments, will be considered unauthorized use and is prohibited.