# EXHIBIT FF

# LANCASTER COUNTY PRISON BLOCK ACTIVITY REPORT

BLOCK: Medical Housing Unit  DATE: 26 Dec 14

C/O Paxson, Snow  SHIFT 12am-8am  BLOCK COUNT START 55 END 55  RAZOR COUNT START 3 END 3

12-8 EQUIPMENT CHECK @ 2251 : # OF KEYS 11, J-TOOL __, FLASHLIGHT 2, HANDCUFF SERIAL # 158269, CPR SHIELD 2, RULEBOOK 2

C/O Christine Corsiglia  SHIFT 8am-4pm  START 55 END 55

8-4 EQUIPMENT CHECK @ 0800 : # OF KEYS 11, J-TOOL 2, FLASHLIGHT 2, HANDCUFF SERIAL # 1158269, CPR SHIELD M, RULEBOOK 2

Mastriana & C/O Shaffer   SHIFT 4pm-12am   START 55 END 54

4-12 EQUIPMENT CHECK @ 1554 : # OF KEYS 11, J-TOOL __, FLASHLIGHT __, HANDCUFF SERIAL # 158289, CPR SHIELD __, RULEBOOK 1

HAND SOAP SPRAY BOTTLE CHECK: 12-8 [M] 8-4 [H] 4-12 [N]: IF EMPTY CONTACT SUPPLY / IF MISSING CONTACT SUPERVISORS

| CELL | INMATES NAME | DESTINATION | OUT | IN | BLOCK ACTIVITIES | STAFF | IN | OUT |
|---|---|---|---|---|---|---|---|---|
| 1061 | Ingham, Kyle | Rec/out | 2245 | 2300 | Breakfast 0700 BSL | Paxson | 2350 | 0891 |
| 1065 | Bair, Jonathan | Rec/out | 2245 Refused 4hr | | Rompy Bros 0340-0500 | Snow | 2350 | 0707 |
| 2051 | Dearing, Ramboo | Rec/out | 2245 | 2315 | Yebeat 2/60-0459 | Shaffer | 0110 | 0107 |
| 2052 | Lasell, Michael | Rec/out | 2245 Refused 4hr | | Count/ass trash 0541 | Shaffer | 0116 | 0501 |
| 2053 | Sipko, Randy | Rec/out | 2245 Refused 4hr | | Count taken 0530Mx | Syn | 0443 | 0644 |
| 2041 | Morrell-Ramos, Steven | Rec/out | 2330 | 0733 | Meds 0551-0554 | Jenkin | 0501 | 0601 |
| 2041 | Serba, Carlos | Rec/out | 2350 | 0630 | Chow 0554-0515 | Oceano | 0512 | 0618 |
| 1063 | Beck, Ronald | Rec/out | 0130 Refused | | Cont. taken cleaners | Shertzer | 0644 | 0745 |
| 1066 | Loyd, Neil | Rec/out | 0130 | 0154 | Refrelcell-In thespital-2618 | Snow | 0655 | 0752 |
| 1066 | Wearn, Brendan | Rec/out | 0130 | 0159 | Count Second 0501 | Corsiglia | 0754 | 1035 |
| 1060 | Grant, Dorian | Rec/out | 0130 Refused | | | Christner | 0756 | 1100 |
| 1079 | Rutter, Marcus | Rec/out | 0154 | 0151 | Round (1) 0800 | Shaffer | 0812 | 0828 |
| 1070 | Teer-Bick, Christopher | Rec/out | 0155 Refused | | | med nurse | 0812 | 0833 |
| 1071 | Grobe, Christopher | Rec/out | 0251 | 0259 | BIK (W) 0800-1600 | Jaw | 0840 | 0906 |
| 1061 | Ingham, Kyle | Medical | 0301 | 0304 | MEDS 0859-0921 | med (F) | 0859 | 0921 |
| 1076 | Johnson, Clifton | Medical | 0351 | 0354 | chow-1117 Trays (67) | Shaffer | 0855 | 0921 |
| 2047 | Lopez, Reginaldo | Medical | 0351 | 0400 | 2nd MEDS 1315-1326 | med Lori | 0932 | 0946 |
| 1160 | Mitchell, Tristle | Sol Cell-Dr Have | 1018 | 1018 | Count Taken 1440 | Bosley | 1635 | 1736 |
| 2036 | Quiles, Daniel | Legal Visit | 1337 | 1358 | Count Second 1600 | Corsiglia | 1100 | 1800 |
| 2047 | Santiana, Eligio | Legal Visit | 1337 | 1358 | | Christner | 1130 | 8609 |

| CELL | INMATES NAME | DESTINATION | OUT | IN | BLOCK ACTIVITIES | STAFF | IN | OUT |
|------|--------------|-------------|-----|-----|------------------|-------|-----|-----|
| 1001 | Ingram, Kyle | SickCall | 1400 | 1406 | Board Check 1554, 3:52 S I I | Md. Ht. Janel | 1315 | 1326 |
| 1070 | Tenzycke, Christopher | Sick cau | 1406 | 1422 | Block check 1556 CSS | Sheeiter | 1315 | 1326 |
| 2047 | Lopez, Reynaldo | Sick Call | 1547 | 1555 | Shower Check 1600 | Miller | 1300 | 1315 |
| 2056 | Cocmer, Mauricio 194481 | MEDICAL | 18/9 | | Yard 1603 | Bosley | 1607 | 1438 |
| 2031 | Smith, Keith | SickCall | 22/09 | 20/3 | In house vitals 1654-1717 | Christmu | 1438 | 1600 |
| 1062 | Mitchell, Terrance | SickCall | 22/24 | 22/39 | Block chow 1726-1804 SY | | | |
| | | | | | Block weids 1822-1850 | Mastreule EYO | 1554 | 1742 |
| | | | | | Spark out 2000-2240 | Shaffer Rover | 1554 | 1636 |
| | | | | | Doors open 2100-2105 | Shaffer | 1636 | 1705 |
| | | | | | Doors open 2200-2205 | Shaffer | 1726 | 2255 |
| | | | | | Prison Count 2240 54 | Shaffer C | 1740 | 1807 |
| | | | | | | Mastrangelo | 1810 | 1822 |
| | | | | | | SGT Reisch | 1815 | 1819 |
| | | | | | | Gay | 2030 | 2036 |
| | | | | | | Hannagen | 2206 | 2226 |
| | | | | | | Mastrangelo | 2225 | 0032 |
| | | | | | | Burr, Y | 2220 | 2229 |
| | | | | | | Mana | 2252 | 2253 |
| | | | | | | Bombara | 2252 | 2242 |
| | | | | | | Gay | 2255 | 0302 |
| | | | | | | Smith | 2310 | |
| | | | | | | Dessey | 2320 | 2320 |

LCP 000838