# Exhibit L

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3

 4   KATHY KEIFER, Administratrix of the :
     Estate of ZACHARY KEIFER,            :
 5                                        :
                 Plaintiff,               : Number
 6                                        : 5:16-cv-06620-JFL
                 vs.                      :
 7                                        :
     LANCASTER COUNTY, PRIME CARE         :
 8   MEDICAL, INC., JOHN W. WICKIZER,     :
     DENISE SIPE, MARK TURGEON, WILLIAM   :
 9   CATTELL, MATTHEW CORSIGLIA, JEFFREY  :
     CHRISTNER, BRIAN MCCORMICK, WILLIAM  :
10   MORNINGSTAR and BRYAN ACHEY,         :
                                          :
11               Defendants.              :

12

13
             The deposition of MARC TURGEON, M.D., was
14   held at the office of Marshall Dennehey, 100 Corporate
     Center Drive, Suite 201, Camp Hill, Pennsylvania on
15   Monday, May 14, 2018 at 12:58 p.m., before DEBRA ROSE
     KEENAN, Professional Court Reporter and Notary Public.
16

17

18
                         - - - - -
19

20

21              KEENAN REPORTING SERVICE
                    Debra Rose Keenan
22                 4917 Elizabethtown Road
                Manheim, Pennsylvania 17545
23

24
```



```
 1         Q.     Where?
 2         A.     New Hampshire, Maryland, Delaware and
 3   West Virginia.
 4         Q.     Have you ever practiced in another state?
 5         A.     Well, I do what's called telemedicine for
 6   West Virginia for Prime Care.  And I was doing that
 7   for New Hampshire up until two weeks ago.
 8         Q.     All right.  So what is telemedicine?
 9         A.     Essentially it's like Skyping.  I'm
10   standing, sitting in front of a computer.  And someone
11   in West Virginia -- I actually did it this morning.
12   There's a computer set up so I can see the patient.
13   They can see me.  We can converse in real time.  And
14   so it saves, you know, travel.
15         Q.     Where is your office?
16         A.     I don't have an office.
17         Q.     So the telecommunications you just do
18   from your home?
19         A.     Yes.
20         Q.     Okay.  What is your relationship with
21   Lancaster County Prison?
22         A.     I go to Lancaster County Prison on
23   Tuesdays and Wednesdays.
24         Q.     And that's as an employee for Prime Care?
```

```
 1         A.      Correct.
 2         Q.      How long have you been employed by Prime
 3   Care?
 4         A.      It will be 10 years next year.
 5         Q.      Where did you work before that?
 6         A.      Lancaster Regional Hospital in Lancaster,
 7   Pennsylvania.
 8         Q.      And what was your job there?
 9         A.      I was a staff psychiatrist.
10         Q.      Why did you leave Lancaster General?
11         A.      Lancaster Regional.
12         Q.      Oh, Lancaster Regional. I'm sorry.
13         A.      There was a physician who, a psychiatrist
14   who was working at Lancaster Regional who was working
15   part time at Lancaster County jail. And he was moving
16   away and asked me if I was interested in doing so,
17   working part time. This was before Prime Care had
18   gotten the contract. So I was looking at working for
19   the County of Lancaster.
20                 So I spent some time with this physician.
21   Was interested. Started working there on a part-time
22   basis. And then when Prime Care came along, they
23   offered me a position.
24         Q.      Okay. And who was that other physician?
```

```
 1         A.    I can't recall his name.
 2         Q.    Was it Dr. Powers?
 3         A.    I don't know.
 4         Q.    You don't know?
 5         A.    I don't know.
 6         Q.    Okay.  Have you ever had any restrictions
 7   on your license to practice medicine?
 8         A.    No.
 9         Q.    And did you ever have any encounters with
10   Zachary Keifer?
11         A.    No.
12         Q.    In your role as a psychiatrist with Prime
13   Care at Lancaster County Prison -- and I'm going to
14   take you back to December of 2014.
15         A.    Okay.
16         Q.    Were you still just working two days a
17   week then?
18         A.    I have always worked two days a week.
19         Q.    In addition to working at Lancaster
20   County Prison two days a week, were you working
21   additional hours for Prime Care?
22         A.    Yes.
23         Q.    And that was the teleconferencing, I
24   guess?
```