## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY KEIFER, Administratrix of the ESTATE OF ZACHARY KEIFER,<br>Plaintiff<br><br>v.<br><br>LANCASTER COUNTY;<br>PRIMECARE MEDICAL, INC.;<br>JOHN WICKIZER; DENISE SIPE;<br>MARK TURGEON; WILLIAM CATTELL;<br>MATTHEW CORSIGLIA;<br>JEFFREY CHRISTNER;<br>BRIAN MCCORMICK; BRIAN ACHEY;<br>and WILLIAM MORNINGSTAR;<br>Defendants | DOCKET NO. 5:16-cv-06620-JFL<br><br>CIVIL ACTION - LAW<br><br>MAG. JUDGE HENRY S. PERKIN<br><br><br><br><br><br>*Electronically Filed*<br><br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, this 26TH day of November, 2018, upon consideration of

Plaintiff's Motion for Entry of Proposed Allocation of Settlement Funds, it is hereby

**ORDERED** and **DECREED** that said Motion is **GRANTED**. The settlement funds are allocated

as follows: $10,000.00 to the Survival Action and the remainder to the Wrongful Death Claim.

BY THE COURT:

_____
HENRY S. PERKIN
                                                    M. J.